**SO ORDERED.**

**SIGNED this 18th day of December, 2007.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ACORN PARTNERS, LTD. | § | CASE NO. 06-51825-LMC |
| d/b/a SCHULZ NURSERY and | § | |
| TEXAS PLANT RANCH, | § | |
| Debtor | § | CHAPTER 11 PROCEEDING |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF**
**COMPENSATION OF ACCOUNTANT FOR THE DEBTOR**

On this date came on to be considered the Application for Allowance of Compensation and Reimbursement of Expenses of Accountant for the Debtor Acorn Partners, Ltd. (hereinafter referred to as the "Application") filed herein by Steven T. Jones, CPA (hereinafter referred to as "Jones"). It appearing to the Court that proper notice of the Application has been given, and that no objections to the Application have been filed, and after reviewing the Application and reviewing the standards for awarding professional fees as set forth in *In re: First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977) and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), the Court is of the opinion that: (1) the amount requested as the final allowance of the fees and expenses of by Jones, as accountant for the Debtor Acorn Partners, Ltd., is reasonable and appropriate under the facts and circumstances of this case as presented to the Court; and (2) the Application should be granted as set forth herein. In connection therewith,

IT IS ORDERED that Jones's First and Final Application is approved and Jones' fees in the amount of $15,225.00 for professional services rendered to the Debtor and expenses in the amount of $879.32 for the period of October 1, 2006 through February 21, 2007 are hereby allowed. It is further

ORDERED that the Debtor, through its disbursing agent, is authorized to pay the allowed fees of $15,225.00 and allowed expenses of $879.32 to Jones within ten (10) days of the entry of this Order approving such fees.

# # #